IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

☑ FILED ___ ENTERED
___ LOGGED ___ RECEIVED
4:16 pm, Feb 21 2025
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____M.D.____ Deputy

UNITED STATES OF AMERICA

vs.   Case No. ABA-24-0336

JENNIFER TINKER

\*\*\*\*\*\*

## ORDER OF DETENTION (18 U.S.C. § 3142)

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a bail review hearing/detention hearing has been held. I have concluded that the following facts require the detention of the defendant pending the trial of this case.

### PART I: FINDINGS OF FACT

☒ (1) This is a case in which the government may properly seek detention.

☒ (2) The defendant is charged under: violation of conditions of release.

☒ (3) The maximum term of imprisonment, if convicted, is: NA/revocation of release conditions.

☒ (4) There is probable cause to believe that the defendant committed a violation of release conditions.

☐ The government is entitled to a presumption under § 3142 (e) **[describe in Part II]**.

☐ The defendant has failed to rebut this presumption [as to flight risk] and [as to danger].

☐ (5) I find, by a preponderance of the evidence, from the information produced at the hearing that there is a serious risk that the defendant will not appear.

☐ (6) I find, by clear and convincing evidence, from the information produced at the hearing that the defendant poses a risk to the safety of other persons and the community.

☐ (7) I find by clear and convincing evidence that there is no condition or combination of conditions which will reasonably assure the safety of the community.

### PART II: WRITTEN STATEMENT OF ADDITIONAL REASONS FOR DETENTION

The defendant is pending sentencing. Ms. Tinker was originally released on conditions of release on 12/6/2024. The government has produced probable cause that the defendant has committed theft from her current employer which is similar conduct to her guilty plea while on conditions of release. Both the government and Pretrial recommend detention. I find pursuant to 18 U.S.C. §3148 there is probable cause to believe that Ms. Tinker committed a federal crime (bank fraud), that there is clear and convincing evidence of a violation of pretrial release conditions (do not commit any federal crime and misrepresenting her employment at the IA) and has violated her release conditions. Furthermore, there are no conditions and/or combination of conditions that can be established to reasonably assure compliance. Ms. Tinker is unable and/or unlikely to abide by any COR.

The defendant is committed to the custody of the Attorney General or his/her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the U.S. Marshal shall deliver the defendant for the purpose of an appearance in connection with a court proceeding.

February 21, 2025                                        _/s/ Timothy J. Sullivan_
Date                                                     Timothy J. Sullivan
                                                         Chief United States Magistrate Judge