IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | * | |
|---|---|---|
| | * | |
| v. | * | CRIMINAL NO. ABA-24-336 |
| | * | |
| JENNIFER TINKER, | * | |
| | * | |
| Defendant | * | |
| | * | |

*****

## GOVERNMENT'S EXHIBIT LIST – HEARING FOR REVOCATION OF RELEASE CONDITIONS

| Number | Identified | Admitted | Description |
|---|---|---|---|
| 1 | FEB 2 1 2025 | FEB 2 1 2025 | Nonprofit Job Offer and Job Description |
| 2 | FEB 2 1 2025 | FEB 2 1 2025 | Termination Letter |
| 3 | FEB 2 1 2025 | FEB 2 1 2025 | M&T Bank Email Regarding Apple Card |
| 4 | FEB 2 1 2025 | FEB 2 1 2025 | Nonprofit's M&T Bank Statement – December 2024 |
| 5 | FEB 2 1 2025 | FEB 2 1 2025 | Jennifer Tinker's Apple Card Statement – December 2024 |
| 6 | FEB 2 1 2025 | FEB 2 1 2025 | Nonprofit's M&T Bank Statement – January 2025 |
| 7 | FEB 2 1 2025 | FEB 2 1 2025 | Jennifer Tinker's Apple Card Statement – January 2025 |
| 8 | FEB 2 1 2025 | FEB 2 1 2025 | Jennifer Tinker's Apple Card Statement – May 2024 |
| 9 | | | May 2024 Discover Card Payment Record |
| 10 | | | Picture of Bank Statements |