IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. ABA-24-336 |
| | * | |
| JENNIFER TINKER, | * | |
| | * | |
| Defendant. | * | |
| | * | |

**MOTION TO FILE PHYSICAL EXHIBIT**

The United States of America, by and through its undersigned counsel, hereby files this motion seeking leave to file the following exhibits to the government's Memorandum in Support of Sentencing via CD:

- Exhibit 2, Audio Recording of Initial Appearance, *United States v. Tinker*, 24-336 (Dec. 6, 2024);

- Exhibit 5, Audio Recording of June 18, 2024 Interview with the FBI.

In support of this motion, the Government states that the exhibits are audio files that cannot be converted to PDF format and filed electronically. They exist on a physical medium (specifically, the contemplated CD), which will be filed with the Clerk's Office in its physical format.

I hereby certify that, within 24 hours of the filing of this motion, I will file and serve the CD with copies of the exhibits identified above.

1

2

Respectfully submitted,

Kelly O. Hayes
United States Attorney

_____/s/_____
Joseph L. Wenner
Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Government motion was served via ECF on the defendant's counsel. The files on the CD will be shared with the defendant's counsel via a secure filesharing site.

_____/s/_____
Joseph L. Wenner
Assistant United States Attorney