IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| v. | : | **Case No. 24-cr-336-ABA** |
| | : | |
| **JENNIFER TINKER** | : | |
| | : | |

## ORDER

Before the Court is Ms. Tinker's Motion to File her Sentencing Memorandum and Accompanying Exhibits Under Seal. After careful consideration, the Court finds good cause to grant the motion. Accordingly, it is hereby ordered that:

1. Ms. Tinker's Motion to File her Sentencing Memorandum and Accompanying Exhibits Under Seal is **GRANTED.**

2. The Clerk shall file the Proposed Sealed Documents **UNDER SEAL**.

Date: _____     Signed: _____
                                                              Honorable Adam B. Abelson
                                                              United States District Judge

1